Case 2:14-cr-00141-RAH-WC   Document 155   Filed 03/11/24   Page 1 of 1

AO 247 (Rev. 03/19)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)          Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
Middle District of Alabama

United States of America )
v. )
Seandarius Savage )  Case No: 2:14cr141-01-RAH
 ) USM No: 15419-002
Date of Original Judgment: 09/03/2015 )
Date of Previous Amended Judgment: _____ ) Andrew Mark Skier
*(Use Date of Last Amended Judgment if Any)*  *Defendant's Attorney*

## AMENDED ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☑ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of **465 months** months is reduced to **447 months**.

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

This sentence consists of 60 months on Count 1ss, 87 months on Count 3ss to be served concurrently with each other, 60 months on Count 2ss to be served consecutively to the terms on Count 1ss, 3ss and 4ss, and 300 months on Count 4ss to be served consecutively to the terms on Counts 1ss, 2ss and 3ss.

Except as otherwise provided, all provisions of the judgment dated 09/03/2015 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 03/11/2024

*Judge's Signature*

Effective Date: _____
*(if different from order date)*

R. Austin Huffaker, Jr., U.S. District Judge
*Printed name and title*